

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00375-CV

| | | |
|---|---|---|
| BEVERLY RASCO, Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (20-0123-431) |
| V. | § | September 22, 2022 |
| | § | Memorandum Opinion by Justice Womack |
| DUCARS INVESTMENT, LLC, Appellee | § | Dissenting Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack

Justice Dana Womack